UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Brad Couture,
Plaintiff

    v.                                C.A. No. 05-40T

Jo Anne B. Barnhart
Commissioner, Social Security
Administration,
Defendant

## O R D E R

    This matter is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).


ENTER:                                        BY ORDER:


_____        _____
Ernest C. Torres                             Deputy Clerk
Chief Judge
Dated: 8/9/05