UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BRAD COUTURE
           v.                              CA No. 05-40-T

JO ANNE B. BARNHART,
COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

## ORDER GRANTING DEFENDANT'S MOTION FOR ORDER AFFIRMING THE DECISION OF THE COMMISSIONER AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    The Commissioner of the Social Security Administration's Motion for an Order Affirming the Decision of the Commissioner (Document #13) is hereby granted and plaintiff's Motion for Summary Judgment (Document #11) is hereby denied.

By Order

/s/ *signature*
Deputy Clerk

ENTER:

/s/ *signature*
Ernest C. Torres
Chief Judge

Date: Sept. 27, 2006